# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: LARRY L. REYNOLDS & EDITH G. REYNOLDS  Case Number: 04-74209
107 7TH AVE #18
ROCHELLE, IL  61068  SSN-xxx-xx-7256 & xxx-xx-8513

Case filed on: 8/23/2004
Plan Confirmed on: 10/29/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $33,431.00    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
|  |  |  |  |  |  |
| 000 | ATTORNEY GARY C FLANDERS | 3,351.31 | 3,351.31 | 3,351.31 | 0.00 |
|  | Total Legal | 3,351.31 | 3,351.31 | 3,351.31 | 0.00 |
|  |  |  |  |  |  |
| 016 | SBC CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | SEARS ROEBUCK & CO | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 999 | LARRY L. REYNOLDS | 0.00 | 0.00 | 549.78 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 549.78 | 0.00 |
|  |  |  |  |  |  |
| 001 | AMERICAN GENERAL FINANCE | 700.00 | 700.00 | 700.00 | 57.81 |
| 002 | STERLING FEDERAL BANK | 5,938.90 | 5,938.90 | 5,938.90 | 0.00 |
|  | Total Secured | 6,638.90 | 6,638.90 | 6,638.90 | 57.81 |
|  |  |  |  |  |  |
| 001 | AMERICAN GENERAL FINANCE | 6,440.90 | 6,440.90 | 6,440.90 | 0.00 |
| 003 | AMCORE | 5,997.42 | 5,997.42 | 5,997.42 | 0.00 |
| 004 | CGH | 796.46 | 796.46 | 796.46 | 0.00 |
| 005 | CRC OF SOUTHERN CALIFORNIA | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | RRCA ACCOUNTS MANAGEMENT INC | 756.65 | 756.65 | 756.65 | 0.00 |
| 007 | FEATURED FILMS FOR FAMILIES | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ECAST SETTLEMENT CORP. | 2,214.10 | 2,214.10 | 2,214.10 | 0.00 |
| 009 | MIDWEST READERS SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | MIDWEST READERS SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CFC FINANCIAL LLC | 102.77 | 102.77 | 102.77 | 0.00 |
| 012 | NICOR GAS | 214.88 | 214.88 | 214.88 | 0.00 |
| 013 | NORTH SHORE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | READERS SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | CFC FINANCIAL LLC | 1,518.77 | 1,518.77 | 1,518.77 | 0.00 |
| 017 | RESURGENT CAPITAL SERVICES | 1,527.71 | 1,527.71 | 1,527.71 | 0.00 |
| 019 | RRCA ACCOUNTS MANAGEMENT INC | 284.19 | 284.19 | 284.19 | 0.00 |
| 020 | OSI PORTFOLIO SERVICES | 627.07 | 627.07 | 627.07 | 0.00 |
| 021 | RJM ACQUISITIONS FUNDING LLC | 30.54 | 30.54 | 30.54 | 0.00 |
|  | Total Unsecured | 20,511.46 | 20,511.46 | 20,511.46 | 0.00 |
|  |  |  |  |  |  |
|  | Grand Total: | 30,665.67 | 30,665.67 | 31,215.45 | 57.81 |

Total Paid Claimant:       $31,273.26
Trustee Allowance:         $2,157.74          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:       100.00          discharging the trustee and the trustee's surety from any and all
                                              liablility on account of the within proceedings, and closing the estate,
                                              and for such other relief as is just.  Pursuant to FRBP, I hereby
                                              certify that the subject case has been fully administered.

Report Dated:

                                                  /s/ Lydia S. Meyer
                                                 Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 11/30/2007          By  /s/Heather M. Fagan